**20-cv-3890**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dexter Murray, Donald A Lord
Alphonso Syville, ET, al (see waivers)

Write the full name of each plaintiff.

2 0 CV CV 570

(Include case number if one has been assigned)

-against-

New York City of New York
Project Renewal
Department of Homeless Services, OASIS
Mayor De Blasio, NYCHA, SeeA Security ET, Al

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☑ No

Class Action

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Americans with Disabilities Act of 1990 and the Rehabilitation Act of 1973; Civil Rights, Inhumane Conditions, Human Rights, Violation of Hippa Act, Descrimination, Callahan vs Carey, excessive force, unlawful Imprisonment, Negligence

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Donald A Lord, Alphonso Syville, Dexter Murray, *see waiver* ET, Al

First Name         Middle Initial        Last Name

651 w 168st Fort Washington for Homeless single M

Street Address

10032

County, City             State          Zip Code

646-673-3205        Sohooment27@Aol.Com

Telephone Number        Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   *Project Renewal*

First Name                    Last Name

Current Job Title (or other identifying information)

*651, 168 St*

Current Work Address (or other address where defendant may be served)

County, City              State             Zip Code

Defendant 2:   *Department Homeless Service*

First Name                    Last Name

*33 Beaver*

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City              State             Zip Code

Defendant 3:   *N.YCHA*

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City              State             Zip Code

*Defendant 5: Mayor Bill De blaiso*

*City Hall*

*Defendant 6: - OASES*

Defendant 4: **Serra        Security**

First Name        Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                State                Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Fort Washington Shelter for Homeless Men

Date(s) of occurrence: 6/19 until Present

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Denied Entrance In the Shelter, Mishandling and Advancement of Medication, No Heat for winter, Washer's not working, Infested with insects in the Bathroom, Not Enough Cognizice and Linens need to Stay in the Shelter, Unfair treatment by staff and DHS Peace Officer's (Make us take our shoes of after we passed the Metal Detector Serra Security), Improper Us. of Authority and our Mental Illness which they say we need to be EDP when we Don't, Steal our Property our Money and Med's, Retaliation, if we make complaint they Deny us bed's or take we and Put us out the shelter's, Throw our Pockets Dispose outside even after we cleared the Metal Detector, Assault Us, (see Attach # 1 } 3 )(

INCARCERATION

This is a MICA shelter and because of our Mental Illness and Criminal Backgrounds we can't get Housing or No NYCHA appointment without less to years in the shelter, our Complaints to 311 goes unanswered all our Complaints to the Mayor goes unanswered and Ignored. **(SEE Attachment 1 & 2).**

Oasis fund the drug addiction But there are more guys on Drugs then OASIS is funding and OASIS ain't checking on clients or nothing

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Addiction, Health problems, Respiratory problems, Panic att Depression, Lost lungs, Hospitalizers, Higher Medication, Bed Bugs Bite, Teammizers, Delusions, Embarrassment, Don't want to go in the public with the use of Retaliation **Upon Request, Personal Papers..**

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

300 Million Dollars

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| 1/19/2020 | A. Synille (SEE WAIVERS ) ET, Al |

| First Name | Middle Initial | Last Name |
|---|---|---|
| A. Smille | D Loeb | Dexter Murray, (see waiver's) ET, Al |

**Street Address:** 651 w 168st Fort Washington Homeless Men's Shelter

| County, City | State | Zip Code |
|---|---|---|
| N.Y | N.Y | 10032 |

**Telephone Number:** 646-673-3200

**Email Address (if available):** SolnoENt257 @ AOl.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

IN No WAY, I Alphonso Syville    1/16/20
Is Repin the Class as an Attorney. I'm
Just Doing the Foot work Because Most of the 30 are
In wheelchairs, walkers, Physical and Mental Disability

To whom this may Concern / Ya Honor

We the MicA Homeless Clients at
Fort Washington Shelter for Single Adult
Men give permission to Alphonso Syville
our Client Advocate to advocate on our Behalf
about our Rights being Violated at Fort
Washington. **(SEE ATTACH #1 #6 )**

So of us is old, In wheel Chairs, uneducat
ed and its Hard for Some of us to write.
So we will tell Syville what to write for
Us and sign and Print our Names where
they Suppose to Go

Also Ya Honor
Can you please Put A Notice in the Case
about Alphonso Syville and All of Us
Fear Retaliation from Department of
Homeless Services, the staff and its peace
officers at the Fort Washington Shelter
we In
Ya Honor They will transfer us on
this list to different shelter's to try to
In for         This Class Action
              1 of 3
                           Next Page

Civil Suit. They Know once they separate us, It's Hard for us to keep up with Each other. Because once a Client Is Transferred, There's No way another Client can find out where next.

Again, Some of us Is In Wheelchairs, Walkers, On Med, Elders, Etc.

So if it's any way that you can Make Sure That Retaliation Is Not Taking Out on Us For Standing For our Rigth.

Yr Honor, we Been Complaining, Grievance, 311 for years and it all went ignored.

Thank you Very Much for taking the Time To Read THIS.

**SEE ATTACH #1**   Alphonso Spillet 30

Clients
Signature

1/16/20

1) Alphonso Syville          16) Eugene Des
2) Robert Flynn              17) AT AMFD 48
3) John Bonilla             18) ~~~~~~~~~~
4) Edward Greens            19) M 1(0 49
5) Michael Lopez            20) 
6) BoB                      21) 
7) Anthony Ashley           22) AK Reid
8) Julio C Marin            23) Bashiri Coleman
9) Edward Russo l/h         24) Ruben Flemm
10)                         25) Domonique Carrington
11)                         26) They
12) John Smith              27) 
13) Derrell Williams        28) AROUND
14) Timothy Rwell           29)                somewhere
15)                         30) Brian Pereira   But they here
                                Anthony McDonald

Temporary Restraining Order on
this 30 please Yr Honor. Or something about
Their transferring else Retaliation ans to
Disturb the case. Some see in Wheelchairs, some
Have walkers, some have Payroll Disability some of
Us Have Mental Disabilities.

SEE ATTACH #1, b.          Thank You
                           Alphonso Syville & 30
         2823

1/21/20

To whom this May Concern

I Alphonso Syville Is experiencing A Lot of Retaliation and THreats from the Staff at Homeless Mens Shelter "fort WASHington for Single adult Men. They Violating My 1st Amendant Right and They Not allowing me to Advocate on my behalf and the other Clients.

In experiencing these things only because I'm speaking up for me and the Clients Right.

They tell me Mind My Business, Tell me They gonna EDP me, don't give me what I need to Survive in the Shelter Don't answer my emails Nor greivances

Alphonso Syville

A. Syl[...]

P.S. I don't feel safe in the Shelter IM IN Cause of the fear of Retaliation from staff ? DHS

**Attachment #1**

**NYC**
**Department of**
**Homeless Services**

SHELTER NAME: _____

DATE: ___ / ___ / ___

FAMILY COMPOSITION: # ADULTS _____   # CHILDREN _____

| LAST NAME (HEAD OF HOUSEHOLD) | FIRST NAME | MI |
|---|---|---|
| SOCIAL SECURITY NUMBER | DATE OF BIRTH | CASE # |

# STATEMENT OF CLIENT RIGHTS
# AND CLIENT CODE OF CONDUCT

The **Statement of Client Rights and Client Code of Conduct** sets out the standards for staying in short-term temporary housing assistance ("shelter"). Since shelter is not a home, but rather a stepping stone to permanent housing and rejoining the community, there are certain expectations for you while in shelter. These standards ensure shelters are safe for everyone and that we work together to help you move as quickly as possible from emergency housing to a home.

**While in shelter, your rights include:**

1. The right to exercise your civil rights and religious freedoms;

2. The right to have your personal, financial, social and medical information kept confidential by DHS and shelter staff;

3. The right to meet and have written communications with your legal representatives in private;

4. The right to receive courteous, fair and respectful treatment;

5. The right to remain in the facility, and not be involuntarily transferred or discharged except in accordance with State regulations and the DHS procedures implementing those regulations;

6. The right to present grievances on behalf of yourself and other residents to your shelter or DHS without fear of retaliation and to receive a timely response;

7. The right to manage your own finances;

8. The right to receive visitors in common areas of the facility Monday through Friday between 6 pm and 9 pm and on Saturday and Sunday between 12 pm and 4 pm;

9. The right to leave and return to the facility in accordance with the 10 pm curfew;

10. The right to send and receive mail without interference or interception;

11. The right to be free from physical restraint or confinement; and

12. The right to end your shelter stay at any time.

**Single acts of the following misconduct may lead to the loss of shelter:**

1. You are forbidden to bring weapons and any illegal substances into the shelter.

2. Violence, threatened violence, or other illegal conduct is not permitted and will be reported to law enforcement authorities.

**Attachment #2**



Department of
Homeless Services

# Notice of Disability Rights

Title II of the Americans with Disabilities Act (the "ADA"), as amended, the Rehabilitation Act of 1973, state and local laws, and regulations promulgated pursuant to these Federal, State and local laws protect qualified individuals with a disability from discrimination on the basis of that disability in the delivery of or access to benefits, programs, services or activities of the Department of Homeless Services ("DHS").

This notice is posted to inform the public of the privileges, protections and requirements created by Federal, State, and local laws regarding individuals with disabilities and their access to the benefits, programs, and services offered by DHS.

## Accommodation Procedure

A "Reasonable accommodation" includes modification to the program's or facility's policies or practices, removal of impediments created by architectural, communication or transportation barriers, and the provision of auxiliary aids or services.

If you believe that you require a Reasonable Accommodation in order to fully access DHS programs or services, please contact your Program/Facility Director or your Case Worker.

DHS does not discriminate against any qualified individual with a physical or mental disability in its services, programs or activities or exclude any qualified individual from participation in DHS benefits, programs and services.

If you believe that you have been discriminated against because of a physical or mental disability with respect to DHS services, programs, or activities, you may file a complaint with the DHS EEO Officer:

Office of Diversity & Equal Opportunity Affairs
33 Beaver Street,
New York, New York 10004
Tel. 212-361-7914
TTY. 212-361-8091
eoa@dhs.nyc.gov
This notice is available in alternative formats upon request



Ya Honor        Attachment #3        1/19/20

DlorD45 @ gmail.com and others Have alot of Complaints sent out in they EMail & on the phone.

So of the 31 are of Age and it's Hard For them to write. Alot of us including me are 311 Complaints cause for them it's easier to talk, Some can't spell but they can talk and record, some psych and Mental Disabilities prevent some of them from write. So we as a class Have alot of evide ce but not on paper. THANK you for understanding

A. Spville + 30
(see Waivers Et, Al)

Attac

January 2020-19th

Since Coming to Fort Washington
March of Last year. I have
witness A Lot of Disorder from
staff Residents and Counselors.
I even had surgery on my spine
Because I was trying to secure
my Property. I moved a Locker
that the maintnace was suppse to
handle the movement of the Lockers
I wasn't told not to move them, but
I suffered a damnage 3 and 4
lumbar in my spine Because not for
Be Careless, but from Maintance not
having worker to do the job.
The Bathroom always filthy dirty
and Lots of K-2 Being Smoked
by the residents in the facility.
I can't speak for others But I
know what I have been through
the food is always prepare but
the food I don't eat Because it's
not eatable to Be. I get sick
from eating it amtugst others
in the facilty they Just Treat every

~~[crossed out]~~

very messed up here they take
beds from handicap residents if
they are 5 minutes late for
getting to the facility thats not
far because I know from being
in a wheelchair for one month
and Basicaly 3 weeks Because I
was in a wheelchair myself.
They have not help me with housing
Because I was told by my counselor
that they only help with housing
30% of helping me with housing
I don't know what to Do in this
place. and It's not a good place
to Live. I Know that I have rights
But they are being Violated

Sincerely Concerned

23

Anthony My nd I

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

**CLIENT GRIEVANCE REPORT**

Date of Complaint: _1-17-2020_     Complaint Received By: _____

Name of Client: _Issac Dickeson_   PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

1) Staff - Unprofessional

2) Roach -

3) Clients best ~~inte~~ interance not properly w/en Decis
   Made by Staff member

4- Staff giving out Medication not qualified, Hied to get
   To our Med's

5) Heating - off and on in Winter.

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1/17/20

Name of Client: Akeem Reed

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

Showers need to be painted.
Gnats in the shower.
Need Multiple liquid hydration options in the
building after 10pm.
Heat in Bedroom
All Windows in room need to be ~~abo~~ able to
open.

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: Akeem Reed

Form Revised 8/1/2013

**Anthony Dussard**

| | |
|---|---|
| **From:** | Alphonso Syville <sohoodent27@aol.com> |
| **Sent:** | Wednesday, January 08, 2020 2:27 PM |
| **To:** | Anthony Dussard; constituentaffairs@dss.nyc.gov; ConstituentInquiry@hra.nyc.gov; CRCLCompliance@HQ.DHS.GOV; DisabilityAffairs@dss.nyc.gov; disabilityaffairs@hra.nyc.gov; FOIL@dss.nyc.gov; Ombudsman@dss.nyc.gov; schmeidlera@hra.nyc.gov; shaoulj@hra.nyc.gov; rodriguezchar@dss.nyc.gov |
| **Subject:** | Fwd: LEAVING THE DORMS IN THE MORNING |
| **Attachments:** | 20200108_135233.jpg |

**WARNING: The email message originated from outside Project Renewal.**

This is what we proposing as clients at Fort Washington Shelter for Mica Single Homeless Men
  ..and im working on more signature's
Alphonso Syville Client Advocate

---

From: Alphonso Syville <sohoodent27@aol.com>
Date: Wednesday, January 8, 2020
Subject: LEAVING THE DORMS IN THE MORNING
To: Anthony.Dussard <Anthony.Dussard@projectrenewal.org>

To whom this may concern...
  It was brought to our attention that we do not have to leave the dorms in the morning...
  But where we going in the cold...Yall push us out in the streets on the public with our mental illness...
  DHS says we DO NOT have to leave the dorms in the Morning...
  So can somebody please make a memorandum explaining and telling the gray shirts and clients THAT THEY DO NOT HAVE TO LEAVE THE DORMS IN THE MORNING AS MICA CLIENTS...
Alphonso Syville

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1-17-2020

Name of Client: MIKE Lopez

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: Paula, M.

Nature of Grievance/Complaint:

Food. —

Roaches - in Rooms - & Bugs - also sHower

- Fights & Drugs - etc.

THief's, steeling - money etc.

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: Michael Lopez

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: __1-18-20__     Complaint Received By: _____

Name of Client: __DINO. MALARY__     PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

1) HAVING to GIVE AUTHORITY to SOMEONE ELSE IN REGARDS TO MY TAKING Medication, As A MATURE AND Responsible PERSON. I GET MY PRESCRIPTIONS Filled MYSELF. I PAY FOR MY MEDS MYSELF AND I TAKE them Accordingly (MORNING + Night.) I should NOT have to REPORT TO AnyONE TO TAKE MY MEDS AS Needed

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1-17-20

Complaint Received By: _____

Name of Client: Yanchik

PRI Program Affiliation: _____

Christopher Yanchik

Case Manager: _____

Nature of Grievance/Complaint:

(1) CLeAN LesS

(2) Treatment

(3) [illegible]

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

**CLIENT GRIEVANCE REPORT**

Date of Complaint: 11-18-19

Complaint Received By: Sh. Ass Supv. Pang

Name of Client: JULIO MARIN

PRI Program Affiliation: S/S

Case Manager: Damaris

Nature of Grievance/Complaint:

ON 11-14-19 or 11-15-19 I was taken from the lobby HERE !!! to the hospital Columbia Pres. across the street I was vomitting blood in my sleep. When the person who packed me up they damaged my phone (scratched face while in my suitcase. Lost my NEW left foot PUMA SNEAKER. New $30 umbrella in case of 2 cane's New 1 Aluminum, 2 light colored wood not New. Im NOT IN A position to fix or replace these

Date of Client Notification of Disposition: items, please do what you can to rectify this.

Client Response:

"I gave them right foot PUMA sneaker" Thank yo
"I have broken phone." Julio Ma
if you want to see it?????

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1/6/20

Name of Client: Alphonso Syville

Complaint Received By: _____

PRI Program Affiliation: Pride

Case Manager: Anthony Dussard

Nature of Grievance/Complaint:

I lost my Bed on New Years and my Reebox Classic was not packed up. I got a Bed on [crossed out] 2nd (1st class 1). On saturday (Jan 4th) I went to look for my sneakee's cuse I walk on the weekends too +'ll exercise and they wasn't there. So I went back then. I asked Maintenance and they Don't know it So basically stuff m... to beg to bend down and [crossed out] Pack my sneakee's up. they stay in any old Door for Days and Maintenance threw them out. No... in weekong around in Boots all Day. My feet Hurt, It causing r... least pain on my lower Back. Clients always suffer because of the... aggression and ...

I have no money to buy me some sneak... I were a size 6 so... they knew there was... my sneakee's. I'm the only 1 who were a size 6
I need some sneaker

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

**CLIENT GRIEVANCE REPORT**

Date of Complaint: 1/18/20

Complaint Received By: _____

Name of Client: Donald ALord

PRI Program Affiliation: _____

Case Manager: Manija Mckenzie

Nature of Grievance/Complaint: Extreme violations of NYC building code standards for air quality. Food being left out at room temperature for HOURS in the front lobby. Old wiring and receptacles not replaced as required by code. Rare cleaning of bathroom stalls. HVAC ducts and return terminals full of FILTH many windows unscreened. Smoking is allowed in bathrooms

I have 100 documents and photos

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013