```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                   Plaintiff,

    -against-

City of New York et al.,

                   Defendants.

1:20-cv-03890 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the Court's December 10, 2020 Order (Memo Endorsement, ECF No. 44), Plaintiff was to file an amended complaint by February 1, 2021. As of the date of this Order, no such pleading has been received by the Court. Accordingly, it is hereby Ordered that the deadline for Plaintiff to file an amended complaint is extended until March 19, 2021. Plaintiff is warned that failure to file an amended pleading by that date will result in a recommendation to the District Judge that his case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

    The Clerk if Court is directed to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              February 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge