UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                        Plaintiff,

      -against-

City of New York et al.,

                        Defendants.

1:20-cv-03890 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with the Court's July 12, 2021 Order, Defendant City of New York was to file a status report regarding the City's efforts to identify the Jane Doe DHS peace officers. (*See* 7/12/2021 Memo Endorsement, ECF No. 88.) It is hereby Ordered that the City shall file such status report no later than Tuesday, August 3, 2021.

      In addition, as the Court is aware that Lillian Wesley is no longer associated with the New York City Law Department, no later than Tuesday, August 3, 2021, a representative of the Law Department shall file an appropriate motion for Ms. Wesley to be relieved as counsel.

      The Clerk of Court is respectfully requested to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               July 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge