USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-03890 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. No later than Tuesday, August 17, 2021, counsel for Defendant City of New York shall file a letter indicating whether they will be representing Pedro Crespo and/or DHS officers Glenn Anthony and Kadaza Johnson such that they will accept service on their behalf. If not, the City shall provide an address for DHS officers Glenn Anthony and Kadaza Johnson to be served.

2. No later than Tuesday, August 17, 2021, counsel for Defendant Sera Security shall file a letter indicating whether they will be representing Security Officers Kevin Brown and Vjay Torres such that they will accept service on their behalf.

3. No later than Tuesday, August 17, 2021, counsel for Defendant Core Services Group shall file a letter indicating whether they will be representing Robert Tablizy such that they will accept service on his behalf.

4. As counsel for Project Renewal has previously indicated that he will accept service on behalf of Dr. Rebecca Capasso (*see* Letter, ECF No. 66) and counsel for Core Services Group previously waived service on behalf of defendants Sabrina Soto, Sindy Destin,

Shateffa Jackson, Iyonna Fournier and Dienane Fleurival (*see* Waiver, ECF No. 70), the Court deems these defendants to have been served with the Second Amended Complaint.

5. The deadline for all defendants to respond to the Second Amended Complaint is adjourned *sine die*. The Court will set a new deadline once all defendants have been served.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
          August 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge