```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                Plaintiff,

    -against-

City of New York et al.,

                Defendants.

1:20-cv-03890 (LTS) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Monday, September 13, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
             August 24, 2021

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge