USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                      Plaintiff,

    -against-

City of New York et al.,

                      Defendants.

1:20-cv-03890 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than, Monday, September 20, 2021, counsel for Defendant Project Renewal shall file a letter indicating whether he is authorized to accept service on behalf of Defendant Robert Tablizy and, if not, providing any information regarding Dr. Tablizy's last known address.

2. No later than Monday, September 20, 2021, counsel for Defendant City of New York shall file a letter indicating whether he is authorized to accept service for Defendant Pedro Cruz (previously named incorrectly as Pedro Crespo) and, if not, providing any information regarding Mr. Cruz's last known address.

3. The deadline for any response to the Crossclaim filed by Defendants Kevin Brown, Vjay Torres and Sera Security Services, LLC is adjourned *sine die*.

2

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED: New York, New York
September 13, 2021

_____
STEWART D. AARON
United States Magistrate Judge