USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donald A. Lord,<br><br>        Plaintiff,<br><br>  -against-<br><br>City of New York et al.,<br><br>        Defendants. | 1:20-cv-03890 (LTS) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  WHEREAS, on August 9, 2021, Plaintiff filed a Second Amended Complaint ("SAC") naming 16 defendants (SAC, ECF No. 95); and

  WHEREAS, defendants Project Renewal, CORE Services Group, Sera Security Services LLC and the City of New York electronically were served with the SAC through the ECF system; and

  WHEREAS, on August 10, 2021, the Court entered an Order deeming defendants Dr. Rebecca Capasso, Sabrina Soto, Sindy Destin, Shateffa Jackson, Iyonna Fournier and Dienane Fleurival to have been served with the SAC (See 8/10/2021 Order, ECF No. 96); and

  WHEREAS, on August 17, 2021, counsel for the City represented that it would accept service on behalf of defendant Kadaza Johnson (Letter, ECF No. 101); and

  WHEREAS, on August 23, 2021, counsel for Sera Security represented that it would accept service on behalf of defendants Vjay Torres and Kevin Brown (Letter, ECF No. 102); and

  WHEREAS, counsel for the City and counsel for Sera Security will be receiving electronic service of this Order through the ECF system.

NOW, THEREFORE, it is hereby Ordered that the Court deems defendants Kadaza Johnson, Vjay Torres and Kevin Brown to have been served with the SAC. The Court will enter a separate order of service with respect to the three remaining defendants.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               September 27, 2021

_____
STEWART D. AARON
United States Magistrate Judge