USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                         Plaintiff,

    -against-

City of New York et al.,

                        Defendants.

1:20-cv-03890 (LTS) (SDA)

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

      By Order dated May 15, 2020, the Court granted Plaintiff's request to proceed *in forma pauperis*. (Order, ECF No. 5.) Plaintiff filed a Second Amended Complaint ("SAC") on August 9, 2021 (ECF No. 95). All of the defendants have been served or deemed served with the SAC, except for Pedro Cruz (incorrectly named as Pedro Crespo), Glenn Anthony and Robert Tablizy. (*See* Order, ECF No. 111.)

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

      To allow Plaintiff to effect service on the remaining defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants at the following addresses:

1. Pedro Cruz
   Neighborhood Association for Inter-Cultural Affairs, Inc.
   628 East 141st Street
   Bronx, New York 10454

2. Glenn Anthony
   220 Bradham Ave. # 12
   Manning, SC 29102

3. Robert Tablizy
   Medstaff National Medical Staffing
   15200 Weston Parkway, Suite 104
   Cary, NC 27513

The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

The Clerk of Court is further requested to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
          September 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge