```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                      Plaintiff,

-against-

City of New York et al.,

                      Defendants.

1:20-cv-03890 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       Following a telephone conference today, for which Plaintiff failed to appear, it is hereby Ordered as follows:

1. Defendants City of New York, Project Renewal, Sera Security Services, LLC, Dienane Fleurival (a/k/a Dianne Flourival), Shateffa Jackson, Sabrina Soto, Core Services Group, Iyonna Fournier, Dr. Rebecca Capasso, Security Officer Kevin Brown, Sindy Destin, Security Officer Vjay Torres and Kadaza Johnson, all of whom have appeared, been served or deemed served in this action, shall respond to the Second Amended Complaint no later than April 26, 2022.[1]

2. The parties are directed to appear for an in-person status conference on Monday, May 2, 2022 at 2:00 p.m. in Courtroom 11C, 500 Pearl Street, New York, NY 10007. Plaintiff is warned that failure to appear for the scheduled conference may result in the imposition of sanctions up to and including a recommendation that his case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Plaintiff is reminded that

---

[1] The United States Marshals Service has made efforts to serve the three remaining defendants, named as Robert Tablizy, Pedro Cruz and Glenn Anthony, but, to date, none of these defendants has been served.

he is responsible for maintaining updated contact information with the Court and checking the public docket for information regarding his case.

The Clerk of Court is respectfully requested to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
          March 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge