UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2022

Donald A. Lord,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-03890 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Due to the Court's schedule, the status conference scheduled for May 2, 2022 now shall be held via telephone, provided however, that Courtroom 11C shall be made available for Plaintiff, or any other party who so chooses, to come to the Courthouse to participate in the telephonic conference using the Court's telephone conferencing system.

Plaintiff is reminded that failure to appear for the conference may result in the imposition of sanctions up to and including a recommendation that his case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

DATED:    New York, New York
              April 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge