```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-03890 (LTS) (SDA)

AMENDED ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Monday, May 2, 2022, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Courtroom 11C will be made available for Plaintiff, or any other party who so chooses, to come to the Courthouse to participate in the telephonic conference using the Court's telephone conferencing system.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               April 26, 2022

                                                                      */s/ Stewart D. Aaron*
                                                                     STEWART D. AARON
                                                                     United States Magistrate Judge