UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/2/2022

Donald A. Lord,

                                    Plaintiff,

                    -against-

City of New York et al.,

                                    Defendants.

1:20-cv-03890 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a conference with the parties, it is hereby Ordered as follows:

1.   Any amended pleadings shall be filed by June 1, 2022.

2. The deadline for Plaintiff to serve the Summons and Second Amended Complaint upon defendants Robert Tablizy, Pedro Cruz and Glenn Anthony is extended until July 1, 2022.

3. The deadline for the completion of all discovery is August 29, 2022. As set forth during the conference, and notwithstanding the provisions of the Local Civil Rules, Plaintiff may serve substantive interrogatories upon each of the defendants. Extensions shall be granted for good cause shown.

4. Plaintiff may not communicate with the Court regarding his case via email.[1] Plaintiff may submit filings via email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

Plaintiff is encouraged to continue to seek assistance the New York Legal Assistance Group Clinic. Plaintiff is reminded that the Clinic is not part of, or run by, the Court. The Clinic is

---

[1] The Court is attaching to this Order copies of emails previously sent by Plaintiff to Chambers so that they are part of the public docket.

open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due

to COVID-19, the Clinic currently is providing assistance only by appointment and only over the

telephone. An unrepresented party can make an appointment by filling out the intake form on

the Court's website, *see* https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212-

659-6190 and leaving a message.

A copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:        New York, New York
              May 2, 2022

_____
STEWART D. AARON
United States Magistrate Judge

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Fwd: 20cv3890, Lord v. City of New York et al |
| **Date:** | Saturday, April 30, 2022 2:42:22 PM |

---

**CAUTION - EXTERNAL:**

without help i cannot send interrogatories or admissions  or issue subpoenas.....
.....instructions online confuse me big time

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Sat, Apr 30, 2022 at 10:33 AM
Subject: Fwd: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Sat, Apr 30, 2022 at 10:30 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

my provable disabilities were  just  added  to by phych  nurse in  shelter in  which  i  was
told  in  writing  I have delusion problems
the  full  list  of  my  disabilities...provable  by  documents  includes bone loss both  hips and
spine....injury  onset  arthritis  right  knee........scoliosis.....congenital fused spinal
bones...bottom  3....walk  with  wide  stance....3  forms  heart  disease....atrial  fib....cardio
myapathy.....congestive  heart  failure.......probably  a  misdiagnosis....but  is  on  my
records.....permanent partial  permanent  disability  of  left  hand based  on  my  wrist  being
snapped  by  staff  member assaulting  me  in shelter....it  will  never  be  the  same...part of
my  pleadings.
Short  term  memory  loss getting  worse  each  day  may not  be  included  in  any  docs

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
> Please see the enclosed Orders regarding next week's status conference currently scheduled
> for May 2, 2022, at 2:00 p.m.
>
> Thank you.
>
> **Katherine Lopez**
> Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Fwd: 20cv3890, Lord v. City of New York et al |
| **Date:** | Saturday, April 30, 2022 10:33:27 AM |

**CAUTION - EXTERNAL:**


---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Sat, Apr 30, 2022 at 10:30 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


my provable disabilities were just added to by phych nurse in shelter in which i was told in writing I have delusion problems
the full list of my disabilities...provable by documents includes bone loss both hips and spine....injury onset arthritis right knee........scoliosis.....congenital fused spinal bones...bottom 3....walk with wide stance....3 forms heart disease....atrial fib....cardio myapathy.....congestive heart failure.......probably a misdiagnosis....but is on my records.....permanent partial permanent disability of left hand based on my wrist being snapped by staff member assaulting me in shelter....it will never be the same...part of my pleadings.
Short term memory loss getting worse each day may not be included in any docs

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
> Please see the enclosed Orders regarding next week's status conference currently scheduled for May 2, 2022, at 2:00 p.m.
>
> Thank you.
>
> **Katherine Lopez**
> Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
> U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Saturday, April 30, 2022 10:31:17 AM |

**CAUTION - EXTERNAL:**

my provable disabilities were just added to by phych nurse in shelter in which i was told in writing I have delusion problems
the full list of my disabilities...provable by documents includes bone loss both hips and spine....injury onset arthritis right knee........scoliosis.....congenital fused spinal bones...bottom 3....walk with wide stance....3 forms heart disease....atrial fib....cardio myapathy.....congestive heart failure.......probably a misdiagnosis....but is on my records.....permanent partial permanent disability of left hand based on my wrist being snapped by staff member assaulting me in shelter....it will never be the same...part of my pleadings.
Short term memory loss getting worse each day may not be included in any docs

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,

Please see the enclosed Orders regarding next week's status conference currently scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**
Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Saturday, April 30, 2022 10:17:39 AM |

**CAUTION - EXTERNAL:**

On Sat, Apr 30, 2022 at 10:16 AM Don Lord <arthurbad66@gmail.com> wrote:

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Sat, Apr 30, 2022 at 10:16 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I am having overwhelming problem with my prescribed dementia,,,,,I am being told that I must travel across town to get the papers from Gracie Square psck hospital which show that I am crazy in many ways.
I am asking for help as NYLAG has abandoned me and won't reply to my many attempts to connect with them.
I want to subpoena multiple parties and video camera records but am finding it impossible. I cannot get fair justice without some help issuing subpoenas and conducting admissions.
please tell me how to apply properly for help from the court.

On Fri, Apr 29, 2022 at 2:24 PM Don Lord <arthurbad66@gmail.com> wrote:
  got it thanks  Donald  Lord

  On Fri, Apr 29, 2022 at 2:18 PM Aaron NYSD Chambers
  <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

    Mr. Lord,

    The conference is scheduled for Monday, May 2, 2022, at 2:00 p.m in Courtroom 11C,
    United States Courthouse, 500 Pearl Street, New York, NY 10007.

    **From:** Don Lord <arthurbad66@gmail.com>

**Sent:** Friday, April 29, 2022 2:14 PM
**To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
**Subject:** Fwd: 20cv3890, Lord v. City of New York et al


CAUTION - EXTERNAL:


have  forgotten  time  i will  appear  at  court for teleconference....i think  it  is  May1

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:44 AM
Subject: Fwd: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I  have  gotten  mail successfully at  the  end  of a  looong delay at 2402 Atlantic  ave

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:41 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I slept on concrete floor in  waiting room with no blanket for a week as  the  only  way
to  force  a transfer during  which  i had cushions forced out  from  under  me  by staff


My  phone  was  stolen around 2 weeks  ago  and  i  have  not  been  able  to  get
replacement


My email address dlord45@gmail was  lost because of  the  extreme confusion  as  the
director of  that  shelter campaigned  hard to  negate  my  claim  that  i  was assaulted in
a  sleeping  room  with  no  camera


has  discovery  opened?    Can  i  start  sending admissions and interrogatories?


Donald Lord

LordvNewYork cityet all

On Thu, Apr 28, 2022 at 10:29 AM Don Lord <arthurbad66@gmail.com> wrote:

I was told looong  ago that discovery was upcoming but have received nothing since.

the same is true ofa trial date

I have been  bounced repeatedly from shelter to  shelter and have been  told that the post office  is forbidden to  forward mail from  a shelter as it is considered  a business.

I  want to conduct interrogatories on 20 defendants ......if  discovery has been  opened Please  advise

I  also  want conduct discovery on non defendants where I can  only mine the truth as  discovery is limited  in  truth  if am  refused

Donald Lord

LordvNYC et al

On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Mr. Lord,

NYLAG is a private organization and not part of, or run by, the Court. Information on how to contact NYLAG is available at the following link:

https://nysd.uscourts.gov/attorney/legal-assistance

---

**From:** Don Lord <arthurbad66@gmail.com>
**Sent:** Tuesday, April 26, 2022 3:38 PM
**To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
**Subject:** Fwd: 20cv3890, Lord v. City of New York et al

CAUTION - EXTERNAL:

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I have failed to find out if I still have  a legal assistant  with  NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

  please tell me how do I  find out if I still have a legal assistant at  NYLAG

  On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

   recieved

   ---------- Forwarded message ---------
   From: **Don Lord** <arthurbad66@gmail.com>
   Date: Tue, Apr 26, 2022 at 2:52 PM
   Subject: Re: 20cv3890, Lord v. City of New York et al
   To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com>
wrote:

recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com>
wrote:

Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,

Please see the enclosed Orders regarding next week's status conference
currently scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise
caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise
caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Fwd: 20cv3890, Lord v. City of New York et al |
| **Date:** | Saturday, April 30, 2022 10:17:08 AM |

**CAUTION - EXTERNAL:**


---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Sat, Apr 30, 2022 at 10:16 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I am having overwhelming problem with my prescribed dementia,,,,,I am being told that I must travel across town to get the papers from Gracie Square psck hospital which show that I am crazy in many ways.
I am asking for help as NYLAG has abandoned me and won't reply to my many attempts to connect with them.
I want to subpoena multiple parties and video camera records but am finding it impossible. I cannot get fair justice without some help issuing subpoenas and conducting admissions.
please tell me how to apply properly for help from the court.

On Fri, Apr 29, 2022 at 2:24 PM Don Lord <arthurbad66@gmail.com> wrote:
  got it thanks  Donald  Lord

  On Fri, Apr 29, 2022 at 2:18 PM Aaron NYSD Chambers
  <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

    Mr. Lord,


    The conference is scheduled for Monday, May 2, 2022, at 2:00 p.m in Courtroom 11C,
    United States Courthouse, 500 Pearl Street, New York, NY 10007.


    ---

    **From:** Don Lord <arthurbad66@gmail.com>
    **Sent:** Friday, April 29, 2022 2:14 PM
    **To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
    **Subject:** Fwd: 20cv3890, Lord v. City of New York et al

**CAUTION - EXTERNAL:**

have forgotten time i will appear at court for teleconference....i think it is May1

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:44 AM
Subject: Fwd: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I have gotten mail successfully at the end of a looong delay at 2402 Atlantic ave

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:41 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I slept on concrete floor in waiting room with no blanket for a week as the only way to force a transfer during which i had cushions forced out from under me by staff

My phone was stolen around 2 weeks ago and i have not been able to get replacement

My email address dlord45@gmail was lost because of the extreme confusion as the director of that shelter campaigned hard to negate my claim that i was assaulted in a sleeping room with no camera

has discovery opened?   Can i start sending admissions and interrogatories?

Donald Lord

LordvNewYork cityet all

On Thu, Apr 28, 2022 at 10:29 AM Don Lord <arthurbad66@gmail.com> wrote:

I was told looong  ago that discovery was upcoming but have received nothing since.

the same is true ofa trial date

I have been  bounced repeatedly from shelter to  shelter and have been  told that the post office  is forbidden to  forward mail from  a shelter as it is considered  a business.

I  want to conduct interrogatories on 20 defendants ......if  discovery has been  opened Please  advise

I  also  want conduct discovery on non defendants where I can  only mine the truth  as discovery is limited  in  truth  if am  refused

Donald Lord

LordvNYC et al

On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Mr. Lord,

NYLAG is a private organization and not part of, or run by, the Court. Information on how to contact NYLAG is available at the following link:

https://nysd.uscourts.gov/attorney/legal-assistance

**From:** Don Lord <arthurbad66@gmail.com>
**Sent:** Tuesday, April 26, 2022 3:38 PM
**To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
**Subject:** Fwd: 20cv3890, Lord v. City of New York et al

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I have failed to find out if I still have  a legal assistant  with  NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

please tell me how do I  find out if I still have a legal assistant at  NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 2:52 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:

Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,

Please see the enclosed Orders regarding next week's status conference currently scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Don Lord |
|---|---|
| To: | Aaron NYSD Chambers |
| Subject: | Re: 20cv3890, Lord v. City of New York et al |
| Date: | Saturday, April 30, 2022 10:16:24 AM |

<mark>CAUTION - EXTERNAL:</mark>

I am having overwhelming problem with my prescribed dementia,,,,,I am being told that I must travel across town to get the papers from Gracie Square psck hospital which show that I am crazy in many ways.
I am asking for help as NYLAG has abandoned me and won't reply to my many attempts to connect with them.
I want to subpoena multiple parties and video camera records but am finding it impossible. I cannot get fair justice without some help issuing subpoenas and conducting admissions.
please tell me how to apply properly for help from the court.

On Fri, Apr 29, 2022 at 2:24 PM Don Lord <arthurbad66@gmail.com> wrote:
  got it thanks  Donald  Lord

  On Fri, Apr 29, 2022 at 2:18 PM Aaron NYSD Chambers
  <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

    Mr. Lord,


    The conference is scheduled for Monday, May 2, 2022, at 2:00 p.m in Courtroom 11C,
    United States Courthouse, 500 Pearl Street, New York, NY 10007.


    _____

    **From:** Don Lord <arthurbad66@gmail.com>
    **Sent:** Friday, April 29, 2022 2:14 PM
    **To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
    **Subject:** Fwd: 20cv3890, Lord v. City of New York et al


    <mark>CAUTION - EXTERNAL:</mark>


    have forgotten time i will appear at court for teleconference....i think it is May1

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:44 AM
Subject: Fwd: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I  have  gotten  mail  successfully  at  the  end  of a  looong  delay  at 2402 Atlantic  ave

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:41 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I slept on concrete floor in  waiting room with no blanket for a week as  the  only  way to
force  a transfer during  which  i had cushions forced out  from  under  me  by staff


My  phone  was  stolen around 2 weeks  ago  and  i  have  not  been  able  to  get
replacement


My email address dlord45@gmail was  lost because of  the extreme confusion  as  the
director of  that  shelter campaigned  hard  to  negate  my  claim  that  i was assaulted in  a
sleeping  room  with  no  camera


has  discovery  opened?    Can  i  start  sending admissions and interrogatories?


Donald Lord


LordvNewYork cityet all




On Thu, Apr 28, 2022 at 10:29 AM Don Lord <arthurbad66@gmail.com> wrote:

I was told looong ago that discovery was upcoming but have received nothing since.

the same is true ofa trial date

I have been bounced repeatedly from shelter to shelter and have been told that the post office is forbidden to forward mail from a shelter as it is considered a business.

I want to conduct interrogatories on 20 defendants ......if discovery has been opened Please advise

I also want conduct discovery on non defendants where I can only mine the truth as discovery is limited in truth if am refused

Donald Lord

LordvNYC et al

On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Mr. Lord,

NYLAG is a private organization and not part of, or run by, the Court. Information on how to contact NYLAG is available at the following link:

https://nysd.uscourts.gov/attorney/legal-assistance

**From:** Don Lord <arthurbad66@gmail.com>
**Sent:** Tuesday, April 26, 2022 3:38 PM
**To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

**Subject:** Fwd: 20cv3890, Lord v. City of New York et al

CAUTION - EXTERNAL:

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I have failed to find out if I still have  a legal assistant  with  NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

please tell me how do I  find out if I still have a legal assistant at  NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 2:52 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:

Received, thank you.


On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
>
> Please see the enclosed Orders regarding next week's status conference
> currently scheduled for May 2, 2022, at 2:00 p.m.
>
>
> Thank you.
>
>
> **Katherine Lopez**
>
> Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
>
> U.S. District Court, SDNY

> **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise
> caution when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise
caution when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Friday, April 29, 2022 2:24:57 PM |

<mark>**CAUTION - EXTERNAL:**</mark>

got it thanks  Donald   Lord

On Fri, Apr 29, 2022 at 2:18 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

> Mr. Lord,
>
>
> The conference is scheduled for Monday, May 2, 2022, at 2:00 p.m in Courtroom 11C,
> United States Courthouse, 500 Pearl Street, New York, NY 10007.
>
>
>
> ---
>
> **From:** Don Lord <arthurbad66@gmail.com>
> **Sent:** Friday, April 29, 2022 2:14 PM
> **To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
> **Subject:** Fwd: 20cv3890, Lord v. City of New York et al
>
>
> <mark>**CAUTION - EXTERNAL:**</mark>
>
>
> have  forgotten  time  i will  appear  at  court for teleconference....i think  it  is  May1
>
> ---------- Forwarded message ---------
> From: **Don Lord** <arthurbad66@gmail.com>
> Date: Thu, Apr 28, 2022 at 10:44 AM
> Subject: Fwd: 20cv3890, Lord v. City of New York et al
> To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
>
>
> I  have  gotten  mail successfully at  the  end  of a  looong delay at 2402 Atlantic  ave
>
> ---------- Forwarded message ---------

From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:41 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I slept on concrete floor in  waiting room with no blanket for a week as  the  only  way to
force  a transfer during  which  i had cushions forced out  from  under  me  by staff

My  phone  was  stolen around 2 weeks  ago  and  i  have  not  been  able  to  get
replacement

My email address dlord45@gmail was  lost because of  the extreme confusion  as  the
director of  that  shelter campaigned  hard to  negate  my  claim  that  i was assaulted in  a
sleeping  room  with  no  camera

has  discovery  opened?    Can  i  start  sending admissions and interrogatories?

Donald Lord

LordvNewYork cityet all

On Thu, Apr 28, 2022 at 10:29 AM Don Lord <arthurbad66@gmail.com> wrote:

  I was told looong  ago that discovery was upcoming but have received nothing since.

  the same is true ofa trial date

  I have been  bounced repeatedly from shelter to  shelter and have been  told that the post
  office  is forbidden to  forward mail from  a shelter as it is considered  a business.

I  want to conduct interrogatories on 20 defendants ......if  discovery has been  opened
Please  advise


I  also  want conduct discovery on non defendants where I can  only mine the truth  as
discovery is limited  in  truth  if am  refused


Donald Lord

LordvNYC et al


On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

>   Mr. Lord,


>   NYLAG is a private organization and not part of, or run by, the Court. Information on
>   how to contact NYLAG is available at the following link:


>   https://nysd.uscourts.gov/attorney/legal-assistance


>   **From:** Don Lord <arthurbad66@gmail.com>
>   **Sent:** Tuesday, April 26, 2022 3:38 PM
>   **To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
>   **Subject:** Fwd: 20cv3890, Lord v. City of New York et al


>   CAUTION - EXTERNAL:

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I have failed to find out if I still have  a legal assistant  with  NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

please tell me how do I  find out if I still have a legal assistant at  NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 2:52 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:

Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,

Please see the enclosed Orders regarding next week's status conference currently scheduled for May 2, 2022, at 2:00 p.m.


Thank you.


**Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Don Lord
**To:** Aaron NYSD Chambers
**Subject:** have forgotten time of my tellrphone conference
**Date:** Friday, April 29, 2022 2:19:49 PM

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Fwd: 20cv3890, Lord v. City of New York et al |
| **Date:** | Friday, April 29, 2022 2:13:53 PM |

---

**CAUTION - EXTERNAL:**

have  forgotten  time  i will  appear  at  court for teleconference....i think  it  is  May1
---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:44 AM
Subject: Fwd: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I  have  gotten  mail successfully at  the  end  of a  looong delay at 2402 Atlantic  ave

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:41 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I slept on concrete floor in  waiting room with no blanket for a week as  the  only  way to
force  a transfer during  which  i had cushions forced out  from  under  me  by staff

My  phone  was  stolen  around 2 weeks  ago  and  i  have  not  been  able  to  get  replacement

My email address dlord45@gmail was  lost because of  the extreme confusion  as  the  director
of  that  shelter campaigned  hard to  negate  my  claim  that  i was assaulted in  a  sleeping
room  with  no  camera

has  discovery  opened?    Can  i  start  sending admissions and interrogatories?

Donald Lord

LordvNewYork cityet all



On Thu, Apr 28, 2022 at 10:29 AM Don Lord <arthurbad66@gmail.com> wrote:
I was told looong  ago that discovery was upcoming but have received nothing since.

the same is true ofa trial date

I have been  bounced repeatedly from shelter to  shelter and have been  told that the post
office  is forbidden to  forward mail from  a shelter as it is considered  a business.

I  want to conduct interrogatories on 20 defendants ......if  discovery has been  opened

Please advise

I also want conduct discovery on non defendants where I can only mine the truth as discovery is limited in truth if am refused

Donald Lord
LordvNYC et al

On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

> Mr. Lord,
>
> NYLAG is a private organization and not part of, or run by, the Court. Information on how to contact NYLAG is available at the following link:
>
> https://nysd.uscourts.gov/attorney/legal-assistance
>
> ---
>
> **From:** Don Lord <arthurbad66@gmail.com>
> **Sent:** Tuesday, April 26, 2022 3:38 PM
> **To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
> **Subject:** Fwd: 20cv3890, Lord v. City of New York et al
>
> <mark>CAUTION - EXTERNAL:</mark>
>
> ---------- Forwarded message ---------
> From: **Don Lord** <arthurbad66@gmail.com>
> Date: Tue, Apr 26, 2022 at 3:10 PM
> Subject: Re: 20cv3890, Lord v. City of New York et al
> To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I have failed to find out if I still have  a legal assistant  with  NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

please tell me how do I  find out if I still have a legal assistant at  NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 2:52 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:

Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,

Please see the enclosed Orders regarding next week's status conference
currently scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**     Don Lord
**To:**       Aaron NYSD Chambers
**Subject:**  Fwd: Lord v. City of New York, et al. 20-3890
**Date:**     Thursday, April 28, 2022 10:45:44 AM

**CAUTION - EXTERNAL:**


---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Wed, Apr 27, 2022 at 10:38 AM
Subject: Re: Lord v. City of New York, et al. 20-3890
To: Kitzinger, Stephen (Law) <SKitzing@law.nyc.gov>


I want to testify in front of a jury regarding my written submissions

On Tue, Apr 26, 2022 at 3:08 PM Kitzinger, Stephen (Law) <SKitzing@law.nyc.gov> wrote:

> Mr. Lord:
>
>
> Please see the attached.
>
> Stephen Kitzinger
>
> Assistant Corporation Counsel

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Don Lord |
|---|---|
| To: | Aaron NYSD Chambers |
| Subject: | Fwd: 20cv3890, Lord v. City of New York et al |
| Date: | Thursday, April 28, 2022 10:44:39 AM |

**CAUTION - EXTERNAL:**

I have gotten mail successfully at the end of a looong delay at 2402 Atlantic ave

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Thu, Apr 28, 2022 at 10:41 AM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I slept on concrete floor in waiting room with no blanket for a week as the only way to force a transfer during which i had cushions forced out from under me by staff

My phone was stolen around 2 weeks ago and i i have not been able to get replacement

My email address dlord45@gmail was lost because of the extreme confusion as the director of that shelter campaigned hard to negate my claim that i was assaulted in a sleeping room with no camera

has discovery opened?   Can i start sending admissions and interrogatories?

Donald Lord

LordvNewYork cityet all


On Thu, Apr 28, 2022 at 10:29 AM Don Lord <arthurbad66@gmail.com> wrote:
 I was told looong ago that discovery was upcoming but have received nothing since.

 the same is true ofa trial date

 I have been bounced repeatedly from shelter to shelter and have been told that the post office is forbidden to forward mail from a shelter as it is considered a business.

 I want to conduct interrogatories on 20 defendants ......if discovery has been opened Please advise

 I also want conduct discovery on non defendants where I can only mine the truth as discovery is limited in truth if am refused

 Donald Lord
 LordvNYC et al

On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Mr. Lord,


NYLAG is a private organization and not part of, or run by, the Court. Information on
how to contact NYLAG is available at the following link:


https://nysd.uscourts.gov/attorney/legal-assistance

---

**From:** Don Lord <arthurbad66@gmail.com>
**Sent:** Tuesday, April 26, 2022 3:38 PM
**To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
**Subject:** Fwd: 20cv3890, Lord v. City of New York et al


**CAUTION - EXTERNAL:**




---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I have failed to find out if I still have  a legal assistant  with  NYLAG


On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

please tell me how do I  find out if I still have a legal assistant at  NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 2:52 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


recieved


On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved


On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:

Received, thank you.


On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,


Please see the enclosed Orders regarding next week's status conference
currently scheduled for May 2, 2022, at 2:00 p.m.


Thank you.


**Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise
caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Don Lord |
| --- | --- |
| To: | Aaron NYSD Chambers |
| Subject: | Re: 20cv3890, Lord v. City of New York et al |
| Date: | Thursday, April 28, 2022 10:41:49 AM |

**CAUTION - EXTERNAL:**

I slept on concrete floor in  waiting room with no blanket for a week as  the  only  way to force  a transfer during  which  i had cushions forced out  from  under  me  by staff

My  phone  was  stolen around 2 weeks  ago  and  i  have  not  been  able  to  get  replacement

My email address dlord45@gmail was  lost because of  the extreme confusion  as  the  director of  that  shelter campaigned  hard to  negate  my  claim  that  i was assaulted in  a  sleeping room  with  no  camera

has  discovery  opened?    Can  i  start  sending admissions and interrogatories?

Donald Lord

LordvNewYork cityet all


On Thu, Apr 28, 2022 at 10:29 AM Don Lord <arthurbad66@gmail.com> wrote:
I was told looong  ago that discovery was upcoming but have received nothing since.

the same is true ofa trial date

I have been  bounced repeatedly from shelter to  shelter and have been  told that the post office  is forbidden to  forward mail from  a shelter as it is considered  a business.

I  want to conduct interrogatories on 20 defendants ......if  discovery has been  opened Please  advise

I  also  want conduct discovery on non defendants where I can  only mine the truth  as discovery is limited  in  truth  if am  refused

Donald Lord
LordvNYC et al

On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Mr. Lord,


NYLAG is a private organization and not part of, or run by, the Court. Information on how to contact NYLAG is available at the following link:

https://nysd.uscourts.gov/attorney/legal-assistance

---

**From:** Don Lord <arthurbad66@gmail.com>
**Sent:** Tuesday, April 26, 2022 3:38 PM
**To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
**Subject:** Fwd: 20cv3890, Lord v. City of New York et al

CAUTION - EXTERNAL:

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

I have failed to find out if I still have a legal assistant with NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

please tell me how do I find out if I still have a legal assistant at NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 2:52 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:

recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:

Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,

Please see the enclosed Orders regarding next week's status conference
currently scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise
caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Thursday, April 28, 2022 10:29:31 AM |

**CAUTION - EXTERNAL:**

I was told looong  ago that discovery was upcoming but have received nothing since.

the same is true ofa trial date

I have been  bounced repeatedly from shelter to  shelter and have been  told that the post office  is forbidden to  forward mail from  a shelter as it is considered  a business.

I  want to conduct interrogatories on 20 defendants ......if  discovery has been  opened Please advise

I  also  want conduct discovery on non defendants where I can  only mine the truth  as discovery is limited  in  truth  if am  refused

Donald Lord
LordvNYC et al

On Tue, Apr 26, 2022 at 4:55 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

> Mr. Lord,
>
> NYLAG is a private organization and not part of, or run by, the Court. Information on how to contact NYLAG is available at the following link:
>
> https://nysd.uscourts.gov/attorney/legal-assistance
>
> **From:** Don Lord <arthurbad66@gmail.com>
> **Sent:** Tuesday, April 26, 2022 3:38 PM
> **To:** Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>
> **Subject:** Fwd: 20cv3890, Lord v. City of New York et al

CAUTION - EXTERNAL:

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I have failed to find out if I still have  a legal assistant  with  NYLAG


On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:

  please tell me how do I  find out if I still have a legal assistant at  NYLAG


  On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:

    recieved

    ---------- Forwarded message ---------
    From: **Don Lord** <arthurbad66@gmail.com>
    Date: Tue, Apr 26, 2022 at 2:52 PM
    Subject: Re: 20cv3890, Lord v. City of New York et al
    To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


    recieved


    On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:

      recieved


      On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:

        Received, thank you.



On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

Good afternoon,

Please see the enclosed Orders regarding next week's status conference currently
scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Fwd: 20cv3890, Lord v. City of New York et al |
| **Date:** | Tuesday, April 26, 2022 3:38:27 PM |

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 3:10 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


I have failed to find out if I still have  a legal assistant  with  NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:
  please tell me how do I  find out if I still have a legal assistant at  NYLAG

  On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:
    recieved

    ---------- Forwarded message ---------
    From: **Don Lord** <arthurbad66@gmail.com>
    Date: Tue, Apr 26, 2022 at 2:52 PM
    Subject: Re: 20cv3890, Lord v. City of New York et al
    To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


    recieved

    On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:
      recieved

      On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:
        Received, thank you.

        On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
        <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:
          Good afternoon,

          Please see the enclosed Orders regarding next week's status conference currently
          scheduled for May 2, 2022, at 2:00 p.m.

          Thank you.

          **Katherine Lopez**

Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.

U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Tuesday, April 26, 2022 3:10:34 PM |

**CAUTION - EXTERNAL:**

I have failed to find out if I still have  a legal assistant  with  NYLAG

On Tue, Apr 26, 2022 at 3:07 PM Don Lord <arthurbad66@gmail.com> wrote:
  please tell me how do I  find out if I still have a legal assistant at  NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:
  recieved

  ---------- Forwarded message ---------
  From: **Don Lord** <arthurbad66@gmail.com>
  Date: Tue, Apr 26, 2022 at 2:52 PM
  Subject: Re: 20cv3890, Lord v. City of New York et al
  To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


  recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:
  recieved

  On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:
    Received, thank you.

  On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
  <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:
    Good afternoon,

    Please see the enclosed Orders regarding next week's status conference currently
    scheduled for May 2, 2022, at 2:00 p.m.

    Thank you.

    **Katherine Lopez**
    Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
    U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Tuesday, April 26, 2022 3:07:38 PM |

**CAUTION - EXTERNAL:**

please tell me how do I  find out if I still have a legal assistant at  NYLAG

On Tue, Apr 26, 2022 at 2:54 PM Don Lord <arthurbad66@gmail.com> wrote:
 recieved

 ---------- Forwarded message ---------
 From: **Don Lord** <arthurbad66@gmail.com>
 Date: Tue, Apr 26, 2022 at 2:52 PM
 Subject: Re: 20cv3890, Lord v. City of New York et al
 To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>


 recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:
 recieved

 On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:
 Received, thank you.

 On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
 <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:
  Good afternoon,

  Please see the enclosed Orders regarding next week's status conference currently
  scheduled for May 2, 2022, at 2:00 p.m.

  Thank you.

  **Katherine Lopez**
  Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
  U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Fwd: 20cv3890, Lord v. City of New York et al |
| **Date:** | Tuesday, April 26, 2022 2:54:30 PM |

**CAUTION - EXTERNAL:**

recieved

---------- Forwarded message ---------
From: **Don Lord** <arthurbad66@gmail.com>
Date: Tue, Apr 26, 2022 at 2:52 PM
Subject: Re: 20cv3890, Lord v. City of New York et al
To: Aaron NYSD Chambers <Aaron_NYSDChambers@nysd.uscourts.gov>

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:
recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:
Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:
Good afternoon,

Please see the enclosed Orders regarding next week's status conference currently
scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**
Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
U.S. District Court, SDNY

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Tuesday, April 26, 2022 2:53:30 PM |

**CAUTION - EXTERNAL:**

recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:
  Received, thank you.

  On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
  <Aaron_NYSDChambers@nysd.uscourts.gov> wrote:
    Good afternoon,

    Please see the enclosed Orders regarding next week's status conference currently
    scheduled for May 2, 2022, at 2:00 p.m.

    Thank you.

    **Katherine Lopez**
    Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
    U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

**From:** Don Lord
**To:** Aaron NYSD Chambers
**Subject:** Re: 20cv3890, Lord v. City of New York et al
**Date:** Tuesday, April 26, 2022 2:53:17 PM

**CAUTION - EXTERNAL:**

recieved

On Tue, Apr 26, 2022 at 2:52 PM Don Lord <arthurbad66@gmail.com> wrote:
recieved

On Tue, Apr 26, 2022 at 2:51 PM Don Lord <arthurbad66@gmail.com> wrote:
Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:
Good afternoon,

Please see the enclosed Orders regarding next week's status conference currently
scheduled for May 2, 2022, at 2:00 p.m.

Thank you.

**Katherine Lopez**
Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Don Lord |
| **To:** | Aaron NYSD Chambers |
| **Cc:** | SKitzing@law.nyc.gov |
| **Subject:** | Re: 20cv3890, Lord v. City of New York et al |
| **Date:** | Tuesday, April 26, 2022 2:51:57 PM |

**CAUTION - EXTERNAL:**

Received, thank you.

On Tue, Apr 26, 2022 at 12:29 PM Aaron NYSD Chambers
<Aaron_NYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
> Please see the enclosed Orders regarding next week's status conference currently scheduled
> for May 2, 2022, at 2:00 p.m.
>
> Thank you.
>
> **Katherine Lopez**
> Courtroom Deputy to the Hon. Stewart D. Aaron, U.S.M.J.
> U.S. District Court, SDNY

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.