USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                       Plaintiff,

    -against-

City of New York et al.,

                       Defendants.

1:20-cv-03890 (LTS) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, August 15, 2022 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

    A copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               July 26, 2022

_____
STEWART D. AARON
United States Magistrate Judge