```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                          Plaintiff,

        -against-

City of New York et al.,

                        Defendants.

1:20-cv-03890 (LTS) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Wednesday, September 21, 2022, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                September 9, 2022

                                                */s/ Stewart D. Aaron*
                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge