```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #:_____                │
│ DATE FILED: ___12/19/2022___         │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Donald A. Lord,

                              Plaintiff,

          -against-

City of New York et al.,

                              Defendants.

**1:20-cv-03890 (LTS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than December 30, 2022, Plaintiff shall respond to Defendants' motions to compel by letter filed to the ECF docket. (*See* Core First Mot. to Compel, ECF No. 162; Project Renewal Letter Mot. to Compel, ECF No 167; City Letter Mot. to Compel, ECF No. 168.) Defendants shall file their respective replies no later than January 6, 2023.

Plaintiff is reminded that he may seek the assistance of the New York Legal Assistance Group (https://www.nysd.uscourts.gov/attorney/legal-assistance) in preparing his required responses.

**SO ORDERED.**

Dated:     New York, New York
           December 19, 2022

_____
STEWART D. AARON
United States Magistrate Judge