USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald A. Lord,

                               Plaintiff,

      -against-

City of New York et al.,

                             Defendants.

1:20-cv-03890 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, during which the parties reached a settlement, it is hereby Ordered that, no later than May 31, 2023, Defendants shall provide to Plaintiff the necessary documents to effectuate payment of the settlement amount.

    A copy of this Order will be emailed to Plaintiff (at the email address on the docket as well as to arthurbad66@gmail.com) by Chambers.

**SO ORDERED.**

Dated:    New York, New York
             May 17, 2023

_____
STEWART D. AARON
United States Magistrate Judge