UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Donald A. Lord,

                                                                                                              No. 20-CV-3890-LTS-SDA

                       Plaintiff,

        -against-                                                             ORDER OF DISMISSAL

City of New York et al.,

                     Defendant(s).
-------------------------------------------------------x

        The attorneys for the parties have advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs to any party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within sixty (60) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this sixty (60)-day period expires.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered.

        SO ORDERED.

Dated: New York, New York
        May 18, 2023

                                                                           /s/ Laura Taylor Swain
                                                                          LAURA TAYLOR SWAIN
                                                                          Chief United States District Judge